UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY L. FISH,

    Plaintiff,

v.                                    Case No: 8:14-cv-919-T-30TBM

GEICO INSURANCE and
CREDIT COLLECTION SERVICES,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #5) and the Objection (Dkt. #6) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    The Plaintiff's Complaint is dismissed.

3. Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. #4) is DENIED.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2014\14-cv-919 adopt 5.docx