## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TERRY L. FISH, *pro se*,

    Plaintiff,

v.                                             Case No: 8:14-cv-919-T-30TBM

GEICO INSURANCE and CREDIT
COLLECTION SERVICES,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #11) and the Plaintiff's Response (Dkt. #12) thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #11) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit (Dkt. #10) is DENIED.

3. The Court finds and certifies that Plaintiff's appeal is frivolous and therefore is not taken in good faith.

4. The Clerk of Court is directed to notify the Court of Appeals of this ruling in accordance with Rule 24.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2014\14-cv-919 adopt 11.docx

2